**Marvin PONDER, Appellant–
Respondent,**

v.

**James A. GRANICH, Respondent–
Appellant.**

Nos. WD 60743, WD 60786.

Missouri Court of Appeals,
Western District.

Feb. 28, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 24, 2003.

Application for Transfer Denied
May 27, 2003.

Thomas H. Rost, Jefferson City, MO, for Appellant–Respondent.

Woodrow R. Trowbridge, Jefferson City, MO, for Respondent–Appellant.

Before: BRECKENRIDGE, P.J., and
HOWARD and HOLLIGER, JJ.

## Order

PER CURIAM.

Marvin Ponder (Plaintiff) sued James Granich (Defendant) for injuries he sustained in a collision between his motorcycle and Defendant's car. After a two-day trial, the jury returned a verdict of $100,000 and found Plaintiff twenty-five percent at fault and Defendant seventy-five percent at fault.

Affirmed. Rule 84.16(b).